**Order entered December 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01254-CV

### IN THE INTEREST OF K.K., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-00489-X**

## ORDER

Before the Court are the December 28, 2018 motions of appellants Mother and Father for an extension of time to file their respective briefs. We **GRANT** the motions and extend the time to **January 7, 2019**. We caution appellants that further extension requests in this accelerated appeal will be disfavored.

/s/     ADA BROWN
        JUSTICE